# United States Court of Appeals
# for the Federal Circuit

---

October 23, 2013

**REISSUED ERRATA**
**(ORIGINAL ERRATA ISSUED OCTOBER 17, 2013)**

---

Appeal No. 2013-1066

**NCUBE CORPORATION (NOW KNOWN AS ARRIS GROUP, INC.),**
v.
**SEACHANGE INTERNATIONAL INC.**

Decided:  October 11, 2013
Precedential Opinion

---

Please make the following changes:

Page 8, line 22, insert --the-- before "court"

Page 10, line 20, change "which the SessionID is colorably different." to --which the SessionID is more than colorably different.--